Certificate Number: 13858-GAN-DE-040129388

Bankruptcy Case Number: 25-57470



13858-GAN-DE-040129388

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 25, 2025, at 2:39 o'clock PM EDT, Timothy Dashaun Holloway completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:  September 25, 2025                By:     /s/Nicholas Tribuzzi

                                         Name:   Nicholas Tribuzzi

                                         Title:  Counselor