# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re: Debtor(s)
**Timothy Dashaun Holloway**
7774 Mountain Creek Way
Douglasville, GA 30134

xxx–xx–9224

Case No.: **25–57470–jwj**
Chapter: **7**
Judge: **Jonathan W. Jordan**

## NOTICE OF CASE REASSIGNMENT

Notice is hereby given that this case has been reassigned to the **Honorable Jonathan W. Jordan**.

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Dated: October 1, 2025

Form 301

United States Bankruptcy Court

Northern District of Georgia

In re:  
Timothy Dashaun Holloway  
    Debtor

Case No. 25-57470-jwj  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113E-9      User: bncadmin      Page 1 of 2  
Date Rcvd: Oct 01, 2025      Form ID: 301      Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy Dashaun Holloway, 7774 Mountain Creek Way, Douglasville, GA 30134-3787 |
| cr | + | FYR SFR BORROWER, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |
| 25350880 | + | Automaniai, 1806 Veterans Memorial Hwy, Austell, GA 30168-7975 |
| 25350885 | + | Esusu, Attn: Bankruptcy Department, Po Box 965060, Orlando, FL 32896-5060 |
| 25350886 | + | FYR SFR Borrower LLC, PO Box 451027, Atlanta, GA 31145-9027 |
| 25350888 | + | Gwinnett County Child Support, 95 Constitution Boulevard, 2nd Floor Suite 200, Lawrenceville, GA 30046-5647 |
| 25350893 | + | The Totten Firm, 2090 Dunwoody Club Drive, Suite 106-33, Atlanta, GA 30350-5434 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | Oct 01 2025 22:46:00 | Atlas Acquisitions LLC, Attn: Avi Schild, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 25430510 | | Email/Text: bnc@atlasacq.com | Oct 01 2025 22:46:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 25350881 | + | Email/Text: omx-bnc-bk-notices@chime.com | Oct 01 2025 23:33:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 25350882 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 01 2025 23:36:00 | Collection Management Company, Attn: Bankruptcy, 661 Andersen Drive, Suite 110, Pittsburgh, PA 15220-2700 |
| 25350883 | + | Email/Text: bankruptcy@credencerm.com | Oct 01 2025 23:37:00 | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 25350884 | + | Email/Text: bankruptcynotices@current.com | Oct 01 2025 22:53:00 | Current, Attn: Bankruptcy, 217 Centre St #180,, New York, NY 10013-3624 |
| 25350887 | + | Email/Text: brnotices@dor.ga.gov | Oct 01 2025 22:52:00 | Georgia Dept. of Rev., Compl. Div. - ARCS Bankruptcy, 2595 Century Pkwy NE, Ste 339, Atlanta, GA 30345-3173 |
| 25350889 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 01 2025 22:51:00 | IRS, Centralized Insolvency Oper., P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 25350891 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 02 2025 00:02:56 | Regional Acceptance Company, Attn: Bankruptcy, 1424 E. Firetower Road, Greenville, NC 27858-4105 |
| 25350892 | + | Email/Text: cs@securitycreditservicesllc.com | Oct 01 2025 22:48:00 | Security Credit Services, Attn: Bankruptcy, Po Box 1156, Oxford, MS 38655-1156 |
| 25351225 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Oct 01 2025 23:33:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 01, 2025 | Form ID: 301 | Total Noticed: 18 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25350890 | ##+ | Nadira Smith, 314 Lobdale Falls Dr, Lawrenceville, GA 30045-7984 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 03, 2025            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kyle A. Cooper | kylecoopertrustee@gmail.com  ecf.alert+Cooper@titlexi.com |
| Matthew Franklin Totten | on behalf of Creditor FYR SFR BORROWER  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Rushi D. Patel | on behalf of Debtor Timothy Dashaun Holloway rdp@patel-legal.com  R41576@notify.bestcase.com |

TOTAL: 4